# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 08-00342-CG |
| ) | |
| HARVEY O'GIVENS REESE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For good cause shown and pursuant to the provisions of Fed.R. Cr.P. 36, governing the correction of clerical mistakes contained in the Judgment in a Criminal Case, the court hereby **AMENDS** nunc pro tunc Sheet 1 of the judgment entered in the above styled case on July 30, 2013 (Doc. 37), to read as follows:

**"Defendant's Attorney - Richard D. Yelverton"**

**DONE and ORDERED** this 31st day of July, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE